# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAYVONTE PINES

NO. 2023 KW 0737

**OCTOBER 23, 2023**

---

In Re:     Jayvonte Pines, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 700414.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

                              JEW
                              GH
                              EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT